**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| DENISE L. BULEBOSH AND MICHAEL J. BULEBOSH, JR., HER HUSBAND | : No. 338 WAL 2014 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| ROBERT FLANNERY AND | : |
| WESTMORELAND PODIATRY | : |
| ASSOCIATES | : |
| | : |
| | : |
| PETITION OF: ROBERT FLANNERY, | : |
| D.P.M. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.